UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EILEEN DONAHUE,

                    Plaintiff,                    24 **CIVIL** 6544 (VEC)

      -against-                      **JUDGMENT**

THE NEW YORK CITY TRANSIT AUTHORITY,

                    Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 14, 2025, Defendant's Motion to Dismiss is GRANTED. Accordingly, the case is closed.

**Dated:**  New York, New York
          March 14, 2025

                                                             **TAMMI M. HELLWIG**
                                                               Clerk of Court

                                    **BY:**      _____
                                                                  **Deputy Clerk**